Sabastian MONTERROSA, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–70165.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 24, 2012.

Stephen John Coghlan, Esquire, Law Office of Stephen Coghlan, San Francisco, CA, for Petitioner.

Micheline K. Hershey, Hillel Ryder Smith, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Sabastian Monterrosa, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to remand and dismissing his appeal from an immigration judge's ("IJ") removal order. We dismiss the petition for review.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Monterrosa's sole contention is that the IJ applied an incorrect legal standard in denying his claim for humanitarian asylum. We lack jurisdiction to consider this contention because Monterrosa failed to exhaust it before the BIA. *See Figueroa v. Mukasey,* 543 F.3d 487, 492 (9th Cir.2008) (a claim that the IJ applied the wrong legal standard must be exhausted before the BIA).

**PETITION FOR REVIEW DISMISSED.**